UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR SANCHEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MUNIZ, Warden,<br><br>　　　　Respondent. | No. 2:17-cv-0658 CKD P<br><br><br>ORDER |

　　Mr. Sanchez has filed a petition for writ of habeas corpus, but it appears he intended to file it in the California Court of Appeal, Fifth Appellate District.[1] Accordingly, IT IS HEREBY ORDERED that:

　　1. The Clerk of the Court is directed to return to Mr. Sanchez the document filed by him on March 29, 2017; and

　　2. This case is closed.

Dated: April 5, 2017

　　　　　　　　　　　　　　　　　　　　　　/s/ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1/kly/sanc0658.101a

---

[1] In any case, Mr. Sanchez cannot proceed in this court as he has not exhausted state court remedies with respect to his claim as he is required to do under 28 U.S.C. § 2254(b)(1).

1